U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
00014401623 AUG 27 2015

NOT IN CUSTODY

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

RE: WR-83,701-01

MICHAEL TODD CALABRESE
WICHITA COUNTY JAIL
900 7TH ST.
WICHITA, TX 76301

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RETURN TO SENDER



47 FVE-N3B 76301

78711Ø2308